**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| WILLIAM TRAYNOR; PATRICIA TRAYNOR; REBECCA TRAYNOR, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, a Delaware corporation; AMERICAN GENERAL INTERNATIONAL GROUP, INC., a Delaware corporation, <br><br> Defendants - Appellees. | Nos. 09-56535, 09-56596 <br><br> D.C. No. 2:09-cv-02990-FMC-SS <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Florence-Marie Cooper, District Judge, Presiding

Submitted March 7, 2011[**]
Pasadena, California

Before: RYMER, CALLAHAN, and IKUTA, Circuit Judges.

The district court properly granted Lexington's motion to dismiss for failure

to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6);

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Plaintiffs' action was barred by the limitations period in their insurance contract, and they have not established that a 12-month limitations period is both procedurally and substantively unconscionable. *See Armendariz v. Found. Health Psychcare Servs., Inc.*, 6 P.3d 669, 690 (Cal. 2000). The question is whether the limitations period is "reasonable," *Order of United Comm. Travelers of Am. v. Wolfe*, 331 U.S. 586, 608 (1947), and numerous California cases confirm that 12 months is. *See, e.g.*, *Fageol Truck & Coach Co. v. Pac. Indem. Co.*, 117 P.2d 669, 672 (Cal. 1941) (in bank); *see also Han v. Mobil Oil Corp.*, 73 F.3d 872, 877 (9th Cir. 1995) (citing cases).

Because plaintiffs' suit was time-barred, we need not reach whether they pleaded AIG's alter ego liability sufficiently, or whether the district court erred in denying defendants' motion to strike plaintiffs' claim for punitive damages.

**AFFIRMED**.